UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR98-499 FDB |
| Plaintiff, ) | |
| ) | ORDER FOR DISMISSAL OF |
| v. ) | INDICTMENT AND QUASHING OF |
| ) | ARREST WARRANT |
| GERHARD ERNST E. HANISCH, ) | |
| a/k/a GERALDO BEUGER, ) | |
| a/k/a G. BEURGER, ) | |
| a/k/a JERRY HANISCH, ) | |
| a/k/a JERRY BURGER, ) | |
| a/k/a JERRY BERUGER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The United States of America, by and through Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and Susan B. Dohrmann, Assistant United States Attorney for said District, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, has moved to dismiss the Indictment without prejudice against the defendant, GERHARD ERNST E. HANISCH, GERHARD ERNST E. HANISCH, a/k/a GERALDO BEUGER, a/k/a G. BEURGER, a/k/a JERRY HANISCH, a/k/a JERRY BURGER, a/k/a JERRY BERUGER, and to quash the arrest warrant.

/ / /

/ / /

/ / /

ORDER/HANISCH - 1
CR98-499 FDB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  Based on the government's Motion and the reasons set forth therein, leave of Court
2  is granted for filing of the dismissal of the Indictment without prejudice and the arrest
3  warrant is quashed.

4  DATED this 29th day of April, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/Susan B. Dohrmann
SUSAN B. DOHRMANN
Assistant United States Attorney
Washington State Bar No. 13475
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-5326
Fax: (206) 553-2422
E-mail: susan.dohrmann@usdoj.gov

ORDER/HANISCH - 2
CR98-499 FDB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970